IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| DEIFAN A SANTAMARIA, | ) | NO.: 18-31554-LAH |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: LASHONDA A. HUNT |
| | ) | |

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY**

NOW COMES Lakeview Loan Servicing, LLC, by and through its attorney, McCalla Raymer Leibert Pierce, LLC, and respectfully moves this Court to allow it to withdraw the Motion for Relief from Stay listed on this Court's docket as #26.

    Respectfully Submitted,
    Lakeview Loan Servicing, LLC

    /s/ *Toni Townsend*
    Toni Townsend
    ARDC# 6289370

McCalla Raymer Leibert Pierce, LLC
Attorneys for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
(312) 551-4400 (fax)
**Bankruptcy Department**
bk@atty-pierce.com
File No. BK-013583-18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| DEIFAN A SANTAMARIA, | ) | NO.: 18-31554-LAH |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: LASHONDA A. HUNT |
| | ) | |

## **CERTIFICATE OF SERVICE**

TO:   SEE ATTACHED ADDRESSES

## **CERTIFICATION**

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on August 30, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/ Toni Townsend*
Toni Townsend
ARDC# 6289370

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

## SERVICE LIST

| | |
|---|---|
| To Trustee:<br>Marilyn O. Marshall<br>224 South Michigan<br>Suite 800<br>Chicago, IL 60604 | *by Electronic Notice through ECF* |
| To Debtor:<br>Deifan A Santamaria<br>7746 W TALCOTT AVE<br>Chicago, IL 60631 | *Served via U.S. Mail* |
| To Attorney:<br>David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main Street<br>Skokie, IL 60076 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088