# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18-31554 |
| | ) | |
| Deifan A Santamaria | ) | HON. David D. Cleary |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## AMENDED NOTICE OF MOTION

TO:   Trustee Marilyn Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604, via electronic court notification;

See attached service list.

PLEASE TAKE NOTICE THAT that on June 1, 2020 at 1:30 p.m., I will appear before the Honorable Judge David D. Cleary, Courtroom 644 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 or any judge sitting in that judge's place, and present the motion of Debtor to Modify Plan Post Confirmation, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746- 7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By:   David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
cutlerfilings@gmail.com

## **CERTIFICATE OF SERVICE**

      I, David H. Cutler, an attorney, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of this notice and the attached motion to the above-named creditor and to each entity shown on the attached service list at the address shown on May 22, 2020 at 6:00 p.m.

      By:    /s/ David H. Cutler
                David H. Cutler
                Counsel for Debtor(s)
                Cutler & Associates, Ltd.
                4131 Main St.
                Skokie, IL 60076
                Phone: (847) 673-8600