| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-31554<br>Northern District of Illinois<br>Eastern Division<br>Fri May 22 12:35:41 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>Po Box 183853<br>Arlington, TX 76096-3853 |
| (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CITY OF CHICAGO<br>DEPARTMENT OF FINANCE<br>PO BOX 88292<br>CHICAGO, IL 60680-1292 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 | LINEBARGER GOGGAN BLAIR &<br>SAMPSON<br>233 S WACKER DR SUITE 4030<br>CHICAGO, IL 60606-6379 | LakeView Loan Servicing, LLC<br>McCalla Raymer Leibert Pierce, LLC<br>1 N. Dearborn Suite 1200<br>Chicago, IL 60602-4337 |
| Lakeview Loan Servicing, LLC<br>Bankruptcy Department<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | LoanCare LLC<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | Ralph N. Robbins, D.D.S. Ltd<br>c/o Stein & Rotman<br>77 W. Washington St #1105<br>Chicago IL 60602-3249 |
| Ralph Robbins<br>241 Golf Mill Prof Bldg<br>Niles, IL 60714 | Stein & Rotman<br>77 W Washington St. Ste 1105<br>Chicago, IL 60602-3249 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Verizon Wireless<br>Attn: Verizon Wireless Bankruptcy Admini<br>500 Technology Dr, Ste 550<br>Weldon Spring, MO 63304-2225 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Deifan A Santamaria<br>7746 West Talcott<br>Chicago, IL 60631-3821 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Bank Of America<br>Attn: Bankruptcy<br>Po Box 982238<br>El Paso, TX 79998 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LakeView Loan Servicing, LLC

End of Label Matrix
Mailable recipients     19
Bypassed recipients      1
Total                   20