UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-31554 |
| Deifan A Santamaria | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1.  Debtor's current Chapter 13 Plan is modified post-confirmation to:
a)  Defer the current trustee default to the end of the Plan;
b)  Suspend the trustee payments for June 2020 and July 2020;
c)  Debtor's employer shall not deduct any payments for the Chapter 13 Trustee from the Debtor's wages for the month of June 2020 and July 2020.  The Debtor's employer shall resume the payroll deductions for the Chapter 13 Trustee in the month of August 2020;
d)  Extend the Chapter 13 plan term to 68 months in accordance with 11 U.S.C. §1329(d)(1);
e)  The plan base amount remains the same;
f)  The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  June 01, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600