IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DEIFAN A SANTAMARIA | ) | CASE NO.: 18-31554-DDC |
| | ) | |
| DEBTOR | ) | JUDGE: DAVID D. CLEARY |
| | ) | |

### NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC

Now comes LakeView Loan Servicing, LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice Forbearance Agreement to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of six (6) months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting May 1, 2020 through October 1, 2020.   Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period.   Furthermore, Creditor does not waive its rights under other applicable nonbankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

Debtor will resume mortgage payments beginning November 1, 2020 and will be required to cure the delinquency created by the forbearance period ("forbearance arrears").

Creditor does not waive its rights to seek relief from the automatic stay for other reasons other than non-payment of the Mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.


Respectfully submitted,

By: */s/Toni   Townsend*
    Toni   Townsend
    ARDC #6289370
    *Counsel for Creditor*
    McCalla Raymer Leibert Pierce, LLC
    1 N. Dearborn Suite 1200
    Chicago, IL   60602

|                | Bankruptcy Case No.: | 18-31554-DDC |
|----------------|----------------------|--------------|
| In Re:         | Chapter:             | 13           |
| Deifan A Santamaria | Judge:          | David D. Cleary |

## CERTIFICATE OF SERVICE

I, Toni   Townsend, of McCalla Raymer Leibert Pierce, LLC, 1 N. Dearborn Suite 1200, Chicago, IL   60602, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Deifan A Santamaria
7746 West Talcott
Chicago, IL 60631

David H Cutler                                 *(served via ECF Notification)*
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

Marilyn O. Marshall, Trustee                   *(served via ECF Notification)*
224 South Michigan
Suite 800
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   5/29/2020     By:   */s/Toni   Townsend*
               (date)              Toni   Townsend
                                   Authorized Agent for Creditor